# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

Debtor: RYAN S. & CHERI L. KADLECIK
Case Number: 20-21563-JAD    Chapter: 13
Date / Time / Room: THURSDAY, NOVEMBER 19, 2020 02:30 PM   3251 US STEEL
Hearing Officer: CHAPTER 13 TRUSTEE

FILED
11/20/20 3:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#16 - Final Confirmation of Plan Dated 6/2/2020 (NFC)
R / M #: 16 / 0
#54 - Amended Plan Dated 11/13/2020 (NFC)

**Appearances:**

Debtor: Keenan
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor: Hunt for Allegheny County and Kennedy Township

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 1/14/21 at 2:00 pm.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Con't for plan review

11/10/2020 11:54:47AM

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21563-JAD |
| Ryan S. Kadlecik | Chapter 13 |
| Cheri L. Kadlecik | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 1 of 4 |
| Date Rcvd: Nov 20, 2020 | Form ID: pdf900 | Total Noticed: 56 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ryan S. Kadlecik, Cheri L. Kadlecik, 4001 Oak Point Circle, Mc Kees Rocks, PA 15136-1584 |
| cr | + | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Caliber Home Loans, Inc., Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | County of Allegheny, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Kennedy Township, 437 Grant Street, 14th Floor, Frick Building, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 15243214 | + | Allegheny County, c/o Jordan Tax Service, 102 Rahway Dr, Canonsburg, PA 15317-3349 |
| 15243215 | + | American Express National Bank, 4315 South 2700 We, Salt Lake City, UT 84184-0001 |
| 15245544 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 15243216 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15257148 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15268052 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15243220 | + | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15243222 | + | Clearview Credit Union, Attn:Bankruptcy, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 15243221 | + | Clearview Credit Union, Attn:Bankruptcy, c/o Robert L. Ritter, Director, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 15243223 | | Clearview Federal Credit Line, 1453 Beers School, Coraopolis, PA 15108 |
| 15243224 | | Clearview Federal Credit Union, Attn: Bankruptcy, 1453 Beers School Road, Coraopolis, PA 15108 |
| 15274593 | + | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15243228 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15243230 | + | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15252251 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15274594 | + | Kennedy Township, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15243231 | + | Kennedy Township, Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15243233 | + | Memory Keepers Inc., 4001 Oak Point Circle, Mc Kees Rocks, PA 15136-1584 |
| 15243234 | + | Metz Lewis Bordman Must O'Keefe LLC, 535 Smithfield Street, Suite 800, Pittsburgh, PA 15222-2305 |
| 15278122 | + | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15243235 | + | Montour SD, c/o Weiss Burkardt Kramer, LLC, 445 Fort Pitt Blvd., Suite 503, Pittsburgh, PA 15219-1308 |
| 15243245 | + | Zwicker & Associates, c/o Michael R. Lipinski, Esquire, 3220 Tillman Drive Suite 215, Bensalem, PA 19020-2028 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 21 2020 01:31:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15243217 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Nov 21 2020 01:45:00 | Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 15243218 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 21 2020 01:33:53 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15245531 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 21 2020 01:32:38 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC |

Case 20-21563-JAD    Doc 56    Filed 11/22/20    Entered 11/23/20 00:30:46    Desc Imaged
                               Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: msch | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Nov 20, 2020 | Form ID: pdf900 | Total Noticed: 56 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | | 28272-1083 |
| 15265937 | + | Email/Text: bankruptcy@clearviewfcu.org | Nov 21 2020 01:44:00 | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-4212 |
| 15243225 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2020 01:44:00 | Comenity Bank/Abarcrormbie, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15243226 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2020 01:44:00 | Comenity Bank/Buckle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15243227 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2020 01:44:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 15265331 | | Email/Text: bnc-quantum@quantum3group.com | Nov 21 2020 01:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15245134 | | Email/Text: mrdiscen@discover.com | Nov 21 2020 01:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15243229 | + | Email/Text: mrdiscen@discover.com | Nov 21 2020 01:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15268863 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 21 2020 01:45:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15243219 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 21 2020 01:32:37 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15243232 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 21 2020 01:43:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15243236 | + | Email/Text: bnc@nordstrom.com | Nov 21 2020 01:44:17 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 15259979 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 21 2020 01:33:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15270180 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 21 2020 01:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15266928 | | Email/Text: bnc-quantum@quantum3group.com | Nov 21 2020 01:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15243237 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2020 01:31:20 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15243238 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2020 01:31:20 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15243239 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2020 01:32:36 | Syncb/walmart, Attn: Bankruptcy Dept, PO Box 960098, Orlando, FL 32896-0098 |
| 15265171 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2020 01:32:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15243384 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2020 01:32:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15243240 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2020 01:33:52 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po B 965064, Orkando, FL 32896-5064 |
| 15243241 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2020 01:32:37 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15243242 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2020 01:31:21 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15243243 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2020 01:32:37 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

| District/off: 0315-2 | User: msch | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 20, 2020 | Form ID: pdf900 | Total Noticed: 56 |

| 15266905 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| --- | --- | --- | --- | --- |
| | | | Nov 21 2020 01:31:29 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15243244 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | | Nov 21 2020 01:33:53 | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Clearview Federal Credit Union, c/o Metz Lewis Brodman Must O'Keefe LLC, 535 Smithfield Street, Suite 800, Pittsburgh |
| cr | | MidFirst Bank |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2020                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Ryan S. Kadlecik keenan662@gmail.com melindap662@gmail.com |
| Bryan P. Keenan | on behalf of Joint Debtor Cheri L. Kadlecik keenan662@gmail.com melindap662@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor Kennedy Township jhunt@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com |
| John R. O'Keefe, Jr. | on behalf of Creditor Clearview Federal Credit Union jokeefe@metzlewis.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Roger P. Poorman | on behalf of Creditor Clearview Federal Credit Union rpoorman@metzlewis.com slohr@metzlewis.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |