**Form 143**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

                                              Bankruptcy Case No.: 20–21563–JAD

**Ryan S. Kadlecik**
**Cheri L. Kadlecik**
    Debtor(s)

                                              Chapter: 13
                                              Docket No.: 68 – 67

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

       Roger P. Poorman, Esq. has been removed as attorney from this case and will not receive any future notifications.

       The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: March 30, 2022

                                               Michael R. Rhodes
                                              Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 20-21563-JAD

Ryan S. Kadlecik                                                                   Chapter 13

Cheri L. Kadlecik

        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                                      Page 1 of 2

Date Rcvd: Mar 30, 2022                    Form ID: 143                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                      regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2022:**

**Recip ID                          Recipient Name and Address**
aty                          +  Roger P. Poorman, Metz Lewis Brodman Must O'Keefe LLC, 535 Smithfield Street, Suite 800, Pittsburgh, PA 15222-2305

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2022                            Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2022 at the address(es) listed below:**

**Name                              Email Address**

Brian Nicholas
                             on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com

Bryan P. Keenan
                             on behalf of Debtor Ryan S. Kadlecik keenan662@gmail.com
                             melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Bryan P. Keenan
                             on behalf of Joint Debtor Cheri L. Kadlecik keenan662@gmail.com
                             melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Jeffrey R. Hunt
                             on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
                             on behalf of Creditor Kennedy Township jhunt@grblaw.com

District/off: 0315-2                          User: auto                                    Page 2 of 2
Date Rcvd: Mar 30, 2022                       Form ID: 143                                   Total Noticed: 1

John R. O'Keefe, Jr.
                        on behalf of Creditor Clearview Federal Credit Union jokeefe@metzlewis.com

Keri P. Ebeck
                        on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Roger P. Poorman
                        on behalf of Creditor Clearview Federal Credit Union rpoorman@metzlewis.com  mmattheis@metzlewis.com

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com


TOTAL: 10