# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | Case No. 20-21563-JAD |
|---|---|
| **Ryan S. Kadlecik** | Chapter 13 |
| **Cheri L. Kadlecik** | Doc. No. |
| Debtors | Related to Docs. #54, 63 and 77 |

_____X

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ❑ a motion to dismiss case or certificate of default requesting dismissal

- ☒ a plan modification sought by: **Counsel to provide for Midfirst Bank Notice of Mortgage Payment Change and post petition attorney fees.**

- ❑ a motion to lift stay
  as to creditor _____

- ❑ Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated November 13, 2020

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Debtor(s) Plan payments shall be changed from **$3,880.00** to **$3,940.00** effective **September 2023.**

-1-

- ❏ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❏ Debtor(s) shall file and serve _____ on or before _____.

- ❏ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❏ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ❏ Other: _____

The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record:
* **Midfirst Bank  CL. # 10.**

An additional $**5,000.00**   will be sought through a fee application to be filed and approved before any additional amount will be paid through the plan, and this plan contains sufficient funding to pay that additional amount, without diminishing the amounts required to be paid under this plan to holders of allowed unsecured claims.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

**SO ORDERED**, this ___30th___ day of ___August___, 2023

_____-sjk
Honorable Jeffery A. Deller
United States Bankruptcy Judge

Dated: _

Stipulated by:                                    Stipulated by:

/s/ Bryan P. Keenan                               /s/ James Warmbrodt
Bryan P. Keenan                                   James Warmbrodt
Counsel to Debtor                                 Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

FILED
8/30/23 7:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21563-JAD |
| Ryan S. Kadlecik | Chapter 13 |
| Cheri L. Kadlecik | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 30, 2023 | Form ID: pdf900 | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ryan S. Kadlecik, Cheri L. Kadlecik, 4001 Oak Point Circle, Mc Kees Rocks, PA 15136-1584 |
| 15243214 | + | Allegheny County, c/o Jordan Tax Service, 102 Rahway Dr, Canonsburg, PA 15317-3349 |
| 15243222 | + | Clearview Credit Union, Attn:Bankruptcy, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 15243221 | + | Clearview Credit Union, Attn:Bankruptcy, c/o Robert L. Ritter, Director, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 15243223 | | Clearview Federal Credit Line, 1453 Beers School, Coraopolis, PA 15108 |
| 15243224 | | Clearview Federal Credit Union, Attn: Bankruptcy, 1453 Beers School Road, Coraopolis, PA 15108 |
| 15243231 | + | Kennedy Township, Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15243233 | + | Memory Keepers Inc., 4001 Oak Point Circle, Mc Kees Rocks, PA 15136-1584 |
| 15243234 | + | Metz Lewis Bordman Must O'Keefe LLC, 535 Smithfield Street, Suite 800, Pittsburgh, PA 15222-2305 |
| 15243235 | + | Montour SD, c/o Weiss Burkardt Kramer, LLC, 445 Fort Pitt Blvd., Suite 503, Pittsburgh, PA 15219-1308 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Aug 30 2023 23:18:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 30 2023 23:17:00 | Caliber Home Loans, Inc., Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 30 2023 23:17:00 | County of Allegheny, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 30 2023 23:17:00 | Kennedy Township, 437 Grant Street, 14th Floor, Frick Building, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 30 2023 23:23:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Aug 30 2023 23:22:44 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15243215 | + | Email/PDF: bncnotices@becket-lee.com | Aug 30 2023 23:23:04 | American Express National Bank, 4315 South 2700 We, Salt Lake City, UT 84184-0001 |
| 15245544 | + | Email/Text: bkfilings@zwickerpc.com | Aug 30 2023 23:18:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 15243216 | + | Email/PDF: bncnotices@becket-lee.com | Aug 30 2023 23:33:53 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15243217 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Aug 30 2023 23:18:00 | Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |

Case 20-21563-JAD   Doc 79   Filed 09/01/23   Entered 09/02/23 00:24:16   Desc Imaged
Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 30, 2023 | Form ID: pdf900 | Total Noticed: 57 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15243218 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 30 2023 23:22:59 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15245531 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 30 2023 23:33:42 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15257148 | | Email/PDF: bncnotices@becket-lee.com | Aug 30 2023 23:34:01 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15268052 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2023 23:33:38 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15243220 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2023 23:34:01 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15265937 | + | Email/Text: bankruptcy@clearviewfcu.org | Aug 30 2023 23:18:00 | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-4212 |
| 15243225 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 30 2023 23:18:00 | Comenity Bank/Abarcrormbie, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15243226 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 30 2023 23:18:00 | Comenity Bank/Buckle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15243227 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 30 2023 23:18:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 15274593 | + | Email/Text: ebnjts@grblaw.com | Aug 30 2023 23:17:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15243228 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2023 23:23:23 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15265331 | | Email/Text: bnc-quantum@quantum3group.com | Aug 30 2023 23:18:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15245134 | | Email/Text: mrdiscen@discover.com | Aug 30 2023 23:17:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15243229 | + | Email/Text: mrdiscen@discover.com | Aug 30 2023 23:17:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15268863 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 30 2023 23:18:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15243230 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 30 2023 23:34:14 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15243219 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 30 2023 23:23:03 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15252251 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 30 2023 23:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15274594 | + | Email/Text: ebnjts@grblaw.com | Aug 30 2023 23:17:00 | Kennedy Township, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15243232 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 30 2023 23:17:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15604031 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 30 2023 23:22:44 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15278122 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 30 2023 23:22:59 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15243236 | + | Email/Text: bnc@nordstrom.com | | |

Case 20-21563-JAD   Doc 79   Filed 09/01/23   Entered 09/02/23 00:24:16   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 30, 2023 | Form ID: pdf900 | Total Noticed: 57 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 30 2023 23:17:14 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 15259979 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 30 2023 23:23:23 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15270180 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 30 2023 23:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15266928 | | Email/Text: bnc-quantum@quantum3group.com | Aug 30 2023 23:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15243237 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 30 2023 23:23:04 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15243238 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 30 2023 23:22:59 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15243239 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 30 2023 23:23:23 | Syncb/walmart, Attn: Bankruptcy Dept, PO Box 960098, Orlando, FL 32896-0098 |
| 15243384 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 30 2023 23:23:02 | Synchrony Bank, by AIS InfoSource as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15243240 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 30 2023 23:22:44 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po B 965064, Orkando, FL 32896-5064 |
| 15243241 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 30 2023 23:23:23 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15243242 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 30 2023 23:22:44 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15243243 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 30 2023 23:22:44 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15266905 | | Email/PDF: ebn_ais@aisinfo.com | Aug 30 2023 23:22:59 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15243244 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 30 2023 23:33:42 | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |
| 15243245 | + | Email/Text: bkfilings@zwickerpc.com | Aug 30 2023 23:18:00 | Zwicker & Associates, c/o Michael R. Lipinski, Esquire, 3220 Tillman Drive Suite 215, Bensalem, PA 19020-2028 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Clearview Federal Credit Union, c/o Metz Lewis Brodman Must O'Keefe LLC, 535 Smithfield Street, Suite 800, Pittsburgh |
| cr | | MidFirst Bank |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15265171 | *+ | Synchrony Bank, by AIS InfoSource as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2023           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Ryan S. Kadlecik keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Bryan P. Keenan | on behalf of Joint Debtor Cheri L. Kadlecik keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor Kennedy Township jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| John R. O'Keefe, Jr. | on behalf of Creditor Clearview Federal Credit Union jokeefe@metzlewis.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9