**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ) | Bankruptcy No. 20-21563-JAD | |
| Ryan Kadlecik ) | Chapter 13 | |
| Cheri L. Kadlecik ) | Doc No. __ | |
|     Debtor ) | Response Due: 1/25/2024 | |
| Bryan Keenan, Esquire ) | Hearing date: 2/6/2024 | |
|     APPLICANT ) | at 10:00 a.m. | |
| vs. ) | | |
|     No Respondents ) | Related to Doc. #82 | |

**ORDER OF COURT**

AND NOW, to-wit, this __1st__ day of __February__, 2024, upon consideration of the Application of Bryan Keenan, Esquire for interim Compensation and Reimbursement of Expenses as Counsel for the Debtors, it is hereby ORDERED that fees and expenses be approved for their services rendered and expenses incurred for the period from April 14, 2020 through January 7, 2024 in the total amount of $8,944.42 which represents $8,400.00 in attorney fees and $544.42 in costs.

Counsel for the debtor has previously received $4,500.00, which represents $4,000.00 for fees and $500.00 for expenses incurred, which shall be deducted form the total approved fees and costs.

**IT IS FURTHER ORDERED** that the remaining balance of $4,444.42 shall be paid by the Chapter 13 Trustee.

BY THE COURT

_____sjk_____
Honorable Jeffery A. Deller
UNITED STATES BANKRUPTCY JUDGE

FILED
2/1/24 11:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21563-JAD |
| Ryan S. Kadlecik | Chapter 13 |
| Cheri L. Kadlecik | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 01, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ryan S. Kadlecik, Cheri L. Kadlecik, 4001 Oak Point Circle, Mc Kees Rocks, PA 15136-1584 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2024         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan P. Keenan | |
| | on behalf of Joint Debtor Cheri L. Kadlecik keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Bryan P. Keenan | |
| | on behalf of Debtor Ryan S. Kadlecik keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Denise Carlon | |
| | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor Kennedy Township jhunt@grblaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Feb 01, 2024 | Form ID: pdf900 | Total Noticed: 1 |

John R. O'Keefe, Jr.
    on behalf of Creditor Clearview Federal Credit Union jokeefe@metzlewis.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9