**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/07/2025

IN RE:

RYAN S. KADLECIK
CHERI L. KADLECIK
4001 OAK POINT CIRCLE
MC KEES ROCKS,  PA  15136
XXX-XX-2743          Debtor(s)

XXX-XX-8995

Case No. 20-21563 JAD

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/7/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim # / Court Claim # / Claim | Int % / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **SYNCHRONY BANK***<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JCP/PRAE | INT %: 0.00% | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 5072 |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 2<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | INT %: 0.00% | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICAN EXPRESS NATIONAL BANK-AENB**<br>C/O ZWICKER & ASSOCIATES PC<br>PO BOX 9043<br>ANDOVER, MA 01810-1041 | Trustee Claim Number: 3<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | INT %: 0.00% | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **METZ LEWIS ET AL**<br>444 LIBERTY AVE STE 2100<br>PITTSBURGH, PA 15222 | Trustee Claim Number: 4<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CLEARVIEW FCU/PRAE*REMOVE/PRAE | INT %: 0.00% | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number: 5<br>Court Claim Number: 35<br>CLAIM: 1,406.22<br>COMMENT: 155C234*$@12%/PL-CL*18-20/SCH-PL-CL*GU BAR TIMELY*W/46 | INT %: 12.00% | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: C234 |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 6<br>Court Claim Number: 10<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*2241.28/CL-PL*DKT4PMT-LMT*BGN 6/20*FR CALIBER HOME LOANS-DO( | INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5066 |
| **CLEARVIEW FCU****<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 7<br>Court Claim Number: 17<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4PMT-LMT*BGN 6/20 | INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 0001 |
| **CLEARVIEW FCU****<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 8<br>Court Claim Number: 19<br>CLAIM: 429.03<br>COMMENT: 0002/SCH*OUTSIDE BGN 9-20/OE*DOC 45*W/39 | INT %: 4.50% | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0000 |
| **CLEARVIEW FCU****<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 9<br>Court Claim Number: 5<br>CLAIM: 0.00<br>COMMENT: RS/OE*0005/SCH*SURR/PL*CL=9975.79@ 8.24%*NO K W/CL | INT %: 0.00% | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3945 |
| **KENNEDY TOWNSHIP (RE)**<br>C/O JORDAN TAX SVC-DELQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 10<br>Court Claim Number: 37-2<br>CLAIM: 455.87<br>COMMENT: 155C234*$CL-PL@10%/PL*19-20/SCH-PL-CL*WNTS 10%*AMD*GU BAR TIMELY*W/5{ | INT %: 10.00% | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: C234 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **MONTOUR SD (KENNEDY TWP) (RE)**<br>C/O DODARO MATTA & CAMBEST - DLNQ CLLCTI<br>1900 MAIN ST STE 207<br>CANONSBURG, PA 15317 | Trustee Claim Number: 11  INT %: 10.00%<br>Court Claim Number:<br>CLAIM: 5,340.63<br>COMMENT: 155C234*$@10%/PL*17-19/SCH-PL*W/47 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: C234 |
| **AMERICAN EXPRESS NATIONAL BANK-AENB**<br>C/O ZWICKER & ASSOCIATES PC<br>PO BOX 9043<br>ANDOVER, MA 01810-1041 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 7,209.30<br>COMMENT: X7783/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1003 |
| **AMERICAN EXPRESS NATIONAL BANK-AENB**<br>C/O ZWICKER & ASSOCIATES PC<br>PO BOX 9043<br>ANDOVER, MA 01810-1041 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 5,410.35<br>COMMENT: X7373/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1003 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 577.21<br>COMMENT: X5290/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8694 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 761.30<br>COMMENT: CAP 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5301 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 2,949.53<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1499 |
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY 40213-3439 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 27<br>CLAIM: 734.78<br>COMMENT: THD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5752 |
| **CLEARVIEW FCU\*\***<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 2,709.67<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3945 |
| **CLEARVIEW FCU\*\***<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 20-2<br>CLAIM: 4,341.14<br>COMMENT: X0102/SCH*INSUFF POD*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0030 |
| **CLEARVIEW FCU\*\***<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 23,159.11<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3945 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CLEARVIEW FCU\*\***<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 22-2 | CLAIM: 7,455.87<br>COMMENT: SIGNED@SEAL 10/31/17\*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0011 |
| **CLEARVIEW FCU\*\***<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 21-3 | CLAIM: 23,194.11<br>COMMENT: X0010/SCH\*SIGNED@SEAL 5/16/18\*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 24 | CLAIM: 453.38<br>COMMENT: ABERCROMBIE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6904 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 25 | CLAIM: 568.32<br>COMMENT: BUCKLE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7251 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 26 | CLAIM: 660.45<br>COMMENT: VCTR SCRT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7958 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 16 | CLAIM: 2,864.89<br>COMMENT: MACYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4407 |
| **DISCOVER BANK(\*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 1 | CLAIM: 7,127.76<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2098 |
| **DISCOVER BANK(\*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 2 | CLAIM: 3,190.49<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8397 |
| **FIRST PREMIER BANK**<br>POB 5114<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9745 |
| **FIRST PREMIER BANK**<br>POB 5114<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7077 |

| Creditor | Claim Info | Description |
|---|---|---|
| **CAPITAL ONE NA**<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 1,467.31<br>COMMENT: KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6462 |
| **NORDSTROM**<br>POB 6566<br>ENGLEWOOD, CO 80155-6565 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7378 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:33<br>CLAIM: 697.21<br>COMMENT: SYNC/AEO | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6472 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:30<br>CLAIM: 989.21<br>COMMENT: SYNC*HH GREGG | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9972 |
| **CAPITAL ONE NA BY AMERICAN INFOSOURCE -**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 1,565.78<br>COMMENT: CAP 1/SYNC*WALMART/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2979 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:29<br>CLAIM: 109.64<br>COMMENT: SYNC/JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5072 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:32<br>CLAIM: 300.67<br>COMMENT: SYNC/DICKS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2338 |
| **SYNCHRONY BANK BY AIS INFOSOURCE LP AS**<br>DEPT 888 PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 165.81<br>COMMENT: SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7142 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 1,291.71<br>COMMENT: LOWES*FR-SYNCH BNK C/O PRA*DOC 72 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3865 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:31<br>CLAIM: 717.93<br>COMMENT: SYNCHRONY*SAMS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2639 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:41 INT %: 0.00%<br>Court Claim Number:13<br><br>CLAIM: 638.80<br>COMMENT: CABELAS/CAP 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7644 |
| **MEMORY KEEPERS**<br>4001 OAK POINT CL<br><br>MCKEES ROCKS, PA 15136 | Trustee Claim Number:42 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br><br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number:43 INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 5,368.13<br>COMMENT: $CL-PL*THRU 5/20*FR CALIBER HOME LOANS-DOC 38 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5066 |
| **CLEARVIEW FCU****<br>8805 UNIVERSITY BLVD<br><br>MOON TWP, PA 15108-4212 | Trustee Claim Number:44 INT %: 0.00%<br>Court Claim Number:17<br><br>CLAIM: 4,012.76<br>COMMENT: $CL-PL*THRU 5/20 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0001 |
| **METZ LEWIS ET AL**<br>444 LIBERTY AVE STE 2100<br><br>PITTSBURGH, PA 15222 | Trustee Claim Number:45 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: CLEARVIEW FCU/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number:46 INT %: 0.00%<br>Court Claim Number:35<br><br>CLAIM: 475.62<br>COMMENT: 155C234*$CL-PL*NON INT*18-20/SCH-PL-CL*GU BAR TIMELY*W/5 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: C234 |
| **MONTOUR SD (KENNEDY TWP) (RE)**<br>C/O DODARO MATTA & CAMBEST - DLNQ CLLCTI<br>1900 MAIN ST STE 207<br>CANONSBURG, PA 15317 | Trustee Claim Number:47 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 1,974.75<br>COMMENT: 155C234*$@0%/PL*17-19/SCH-PL*W/11 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: C234 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br><br>HOUSTON, TX 77210-4457 | Trustee Claim Number:48 INT %: 0.00%<br>Court Claim Number:23<br><br>CLAIM: 971.46<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **CLEARVIEW FCU****<br>8805 UNIVERSITY BLVD<br><br>MOON TWP, PA 15108-4212 | Trustee Claim Number:49 INT %: 0.00%<br>Court Claim Number:19<br><br>CLAIM: 0.00<br>COMMENT: OUTSIDE/STIP*DOC 43*UNS C $15,129.04 AS TO DTR | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 0000 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:50 INT %: 0.00%<br>Court Claim Number:28<br><br>CLAIM: 263.96<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1745 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **MIDFIRST BANK SSB*** <br> ATTN BANKRUPTCY TRUSTEE PMTS* <br> 999 NW GRAND BLVD STE 100 <br> OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 51  INT %: 0.00% <br> Court Claim Number: 10 <br> CLAIM: 825.00 <br> COMMENT: $/PL-NTC*6/20 POC, PL RVW, 410A FEES*FR CALIBER*DOC 38 | CRED DESC: POST PETITION FEE NOTICE <br> ACCOUNT NO.: 5066 |
| **PA DEPARTMENT OF REVENUE*** <br> BANKRUPTCY DIVISION <br> PO BOX 280946 <br> HARRISBURG, PA 17128-0946 | Trustee Claim Number: 52  INT %: 0.00% <br> Court Claim Number: 34 <br> CLAIM: 46.92 <br> COMMENT: NT/SCH*TIMELY | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2743 |
| **PA DEPARTMENT OF REVENUE*** <br> BANKRUPTCY DIVISION <br> PO BOX 280946 <br> HARRISBURG, PA 17128-0946 | Trustee Claim Number: 53  INT %: 0.00% <br> Court Claim Number: 34 <br> CLAIM: 366.00 <br> COMMENT: NT/SCH*$CL-PL*TIMELY | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 2743 |
| **KENNEDY TOWNSHIP (SEWAGE)** <br> C/O JORDAN TAX SVC-DELQ CLLCTR <br> 102 RAHWAY RD <br> MCMURRAY, PA 15317 | Trustee Claim Number: 54  INT %: 10.00% <br> Court Claim Number: 36 <br> CLAIM: 600.70 <br> COMMENT: 154A1*$CL-PL@10%/PL*NT/SCH*WNTS 10%*THRU 5/18/2020*GU BAR TIMELY*W/55 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 54A1 |
| **KENNEDY TOWNSHIP (SEWAGE)** <br> C/O JORDAN TAX SVC-DELQ CLLCTR <br> 102 RAHWAY RD <br> MCMURRAY, PA 15317 | Trustee Claim Number: 55  INT %: 0.00% <br> Court Claim Number: 36 <br> CLAIM: 54.32 <br> COMMENT: 154A1*$CL-PL*NT/SCH*NON INT*THRU 5/18/2020*GU BAR TIMELY*W/54 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 54A1 |
| **KENNEDY TOWNSHIP (SEWAGE)** <br> C/O JORDAN TAX SVC-DELQ CLLCTR <br> 102 RAHWAY RD <br> MCMURRAY, PA 15317 | Trustee Claim Number: 56  INT %: 10.00% <br> Court Claim Number: 36 <br> CLAIM: 208.62 <br> COMMENT: 155C234*$CL-PL@10%*NT/SCH*WNTS 10%*THRU 5/18/2020*GU BAR TIMELY*W/57 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: C234 |
| **KENNEDY TOWNSHIP (SEWAGE)** <br> C/O JORDAN TAX SVC-DELQ CLLCTR <br> 102 RAHWAY RD <br> MCMURRAY, PA 15317 | Trustee Claim Number: 57  INT %: 0.00% <br> Court Claim Number: 36 <br> CLAIM: 27.26 <br> COMMENT: 155C234*$CL-PL*NT/SCH*NON INT*THRU 5/18/2020*GU BAR TIMELY*W/55 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: C234 |
| **KENNEDY TOWNSHIP (RE)** <br> C/O JORDAN TAX SVC-DELQ CLLCTR <br> 102 RAHWAY RD <br> MCMURRAY, PA 15317 | Trustee Claim Number: 58  INT %: 0.00% <br> Court Claim Number: 37-2 <br> CLAIM: 76.72 <br> COMMENT: 155C234*$CL-PL*19-20/SCH-PL-CL*NON INT*AMD*GU BAR TIMELY*W/10 | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: C234 |
| **KENNEDY TOWNSHIP (SEWAGE)** <br> C/O JORDAN TAX SVC-DELQ CLLCTR <br> 102 RAHWAY RD <br> MCMURRAY, PA 15317 | Trustee Claim Number: 59  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA 19106 | Trustee Claim Number: 60  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: MIDFIRST BANK/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |