

| | Dashboard | | Welcome, Cheri Kadlecik ▼ | | Language ▼ |

### All Transactions

**Name**
Cheri L. Kadlecik

**Address**
4001 Oak Point Circle, Mc Kees Rocks, PA, 15136

**Completed Transactions**
125

**Paid via TFS**
$230,343.90

| Date Started | Description | Case Number | Date Cleared | Date Arrived | Transaction ID | Amount | Status |
|---|---|---|---|---|---|---|---|
| N/A | Payoff Payment | 20-21563 | | | 18782455 | $2,080.00 | Scheduled |
| N/A | Automatic Payment | 20-21563 | | | 18778327 | $2,083.00 | Scheduled |
| May 14, 2025 | Automatic Payment | 20-21563 | May 20, 2025 | May 21, 2025 | 18671188 | $2,083.00 | Complete |
| April 28, 2025 | Automatic Payment | 20-21563 | May 02, 2025 | May 05, 2025 | 18549102 | $2,083.00 | Complete |
| April 10, 2025 | Automatic Payment | 20-21563 | April 16, 2025 | April 17, 2025 | 18414691 | $2,083.00 | Complete |
| March 21, 2025 | Automatic Payment | 20-21563 | March 27, 2025 | March 28, 2025 | 18267181 | $2,083.00 | Complete |
| February 28, 2025 | Automatic Payment | 20-21563 | March 06, 2025 | March 07, 2025 | 18093462 | $2,083.00 | Complete |
| February 19, 2025 | Automatic Payment | 20-21563 | February 25, 2025 | February 26, 2025 | 18017160 | $2,083.00 | Complete |
| January 28, 2025 | Automatic Payment | 20-21563 | February 03, 2025 | February 04, 2025 | 17851843 | $2,083.00 | Complete |
| January 21, 2025 | Automatic Payment | 20-21563 | January 27, 2025 | January 28, 2025 | 17794579 | $2,083.00 | Complete |
| December 30, 2024 | Automatic Payment | 20-21563 | January 06, 2025 | January 07, 2025 | 17632094 | $2,083.00 | Complete |
| December 19, 2024 | Automatic Payment | 20-21563 | December 26, 2024 | December 27, 2024 | 17566317 | $2,083.00 | Complete |
| November 29, 2024 | Automatic Payment | 20-21563 | December 05, 2024 | December 06, 2024 | 17412867 | $2,083.00 | Complete |
| November 14, 2024 | Automatic Payment | 20-21563 | November 20, 2024 | November 21, 2024 | 17307277 | $2,083.00 | Complete |
| October 28, 2024 | Automatic Payment | 20-21563 | November 01, 2024 | November 04, 2024 | 17187886 | $2,083.00 | Complete |
| October 15, 2024 | Automatic Payment | 20-21563 | October 21, 2024 | October 22, 2024 | 17087712 | $2,083.00 | Complete |
| September 30, 2024 | Automatic Payment | 20-21563 | October 04, 2024 | October 07, 2024 | 16975460 | $2,083.00 | Complete |
| September 16, 2024 | Automatic Payment | 20-21563 | September 20, 2024 | September 23, 2024 | 16875488 | $2,083.00 | Complete |
| August 30, 2024 | Automatic Payment | 20-21563 | September 06, 2024 | September 09, 2024 | 16766385 | $1,819.00 | Complete |
| August 16, 2024 | Automatic Payment | 20-21563 | August 22, 2024 | August 23, 2024 | 16673848 | $1,819.00 | Complete |
| August 02, 2024 | Automatic Payment | 20-21563 | August 08, 2024 | August 09, 2024 | 16579704 | $1,819.00 | Complete |
| July 19, 2024 | Automatic Payment | 20-21563 | July 25, 2024 | July 26, 2024 | 16479787 | $1,819.00 | Complete |
| July 05, 2024 | Automatic Payment | 20-21563 | July 11, 2024 | July 12, 2024 | 16390109 | $1,819.00 | Complete |
| June 21, 2024 | Automatic Payment | 20-21563 | June 27, 2024 | June 28, 2024 | 16284316 | $1,819.00 | Complete |
| June 07, 2024 | Automatic Payment | 20-21563 | June 13, 2024 | June 14, 2024 | 16192238 | $1,819.00 | Complete |
| May 24, 2024 | Automatic Payment | 20-21563 | May 31, 2024 | June 03, 2024 | 16090327 | $1,819.00 | Complete |
| May 10, 2024 | Automatic Payment | 20-21563 | May 16, 2024 | May 17, 2024 | 15997947 | $1,819.00 | Complete |
| April 26, 2024 | Automatic Payment | 20-21563 | May 02, 2024 | May 03, 2024 | 15895814 | $1,819.00 | Complete |
| April 22, 2024 | Automatic Payment | 20-21563 | April 26, 2024 | April 29, 2024 | 15857808 | $1,819.00 | Completed |
| March 14, 2024 | Automatic Payment | 20-21563 | March 20, 2024 | March 21, 2024 | 15594651 | $1,819.00 | Complete |
| February 29, 2024 | Automatic Payment | 20-21563 | March 06, 2024 | March 07, 2024 | 15497779 | $1,819.00 | Complete |
| February 15, 2024 | Automatic Payment | 20-21563 | February 22, 2024 | February 23, 2024 | 15400960 | $1,819.00 | Complete |
| February 01, 2024 | Automatic Payment | 20-21563 | February 07, 2024 | February 08, 2024 | 15310025 | $1,819.00 | Complete |
| January 18, 2024 | Automatic Payment | 20-21563 | January 24, 2024 | January 25, 2024 | 15216427 | $1,819.00 | Complete |

| Date Started | Description | Case Number | Date Cleared | Date Arrived | Transaction ID | Amount | Status |
| --- | --- | --- | --- | --- | --- | --- | --- |
| January 04, 2024 | Automatic Payment | 20-21563 | January 10, 2024 | January 11, 2024 | 15128331 | $1,819.00 | Complete |
| December 21, 2023 | Automatic Payment | 20-21563 | December 28, 2023 | December 29, 2023 | 15036257 | $1,819.00 | Complete |
| December 07, 2023 | Automatic Payment | 20-21563 | December 13, 2023 | December 14, 2023 | 14950476 | $1,819.00 | Complete |
| November 24, 2023 | Automatic Payment | 20-21563 | November 30, 2023 | December 01, 2023 | 14854510 | $1,819.00 | Complete |
| November 09, 2023 | Automatic Payment | 20-21563 | November 15, 2023 | November 16, 2023 | 14766141 | $1,819.00 | Complete |
| October 26, 2023 | Automatic Payment | 20-21563 | November 01, 2023 | November 02, 2023 | 14670315 | $1,819.00 | Complete |
| October 12, 2023 | Automatic Payment | 20-21563 | October 18, 2023 | October 19, 2023 | 14583097 | $1,819.00 | Complete |
| September 19, 2023 | Automatic Payment | 20-21563 | September 25, 2023 | September 26, 2023 | 14433159 | $1,847.00 | Complete |
| September 05, 2023 | Automatic Payment | 20-21563 | September 11, 2023 | September 12, 2023 | 14350817 | $1,791.00 | Complete |
| August 22, 2023 | Automatic Payment | 20-21563 | August 28, 2023 | August 29, 2023 | 14261102 | $1,791.00 | Complete |
| August 08, 2023 | Automatic Payment | 20-21563 | August 14, 2023 | August 15, 2023 | 14176275 | $1,791.00 | Complete |
| July 25, 2023 | Automatic Payment | 20-21563 | July 31, 2023 | August 01, 2023 | 14084766 | $1,791.00 | Complete |
| July 11, 2023 | Automatic Payment | 20-21563 | July 17, 2023 | July 18, 2023 | 13998312 | $1,791.00 | Complete |
| June 27, 2023 | Automatic Payment | 20-21563 | July 03, 2023 | July 05, 2023 | 13904556 | $1,791.00 | Complete |
| June 13, 2023 | Automatic Payment | 20-21563 | June 20, 2023 | June 21, 2023 | 13817825 | $1,791.00 | Complete |
| May 30, 2023 | Automatic Payment | 20-21563 | June 05, 2023 | June 06, 2023 | 13729556 | $1,791.00 | Complete |
| May 16, 2023 | Automatic Payment | 20-21563 | May 22, 2023 | May 23, 2023 | 13649229 | $1,791.00 | Complete |
| May 02, 2023 | Automatic Payment | 20-21563 | May 08, 2023 | May 09, 2023 | 13566162 | $1,791.00 | Complete |
| April 18, 2023 | Automatic Payment | 20-21563 | April 24, 2023 | April 25, 2023 | 13471268 | $1,791.00 | Complete |
| April 04, 2023 | Automatic Payment | 20-21563 | April 10, 2023 | April 11, 2023 | 13390436 | $1,791.00 | Complete |
| March 21, 2023 | Automatic Payment | 20-21563 | March 27, 2023 | March 28, 2023 | 13299880 | $1,791.00 | Complete |
| March 07, 2023 | Automatic Payment | 20-21563 | March 13, 2023 | March 14, 2023 | 13216838 | $1,791.00 | Complete |
| February 21, 2023 | Automatic Payment | 20-21563 | February 27, 2023 | February 28, 2023 | 13114540 | $1,791.00 | Complete |
| February 07, 2023 | Automatic Payment | 20-21563 | February 13, 2023 | February 14, 2023 | 13032734 | $1,791.00 | Complete |
| January 24, 2023 | Automatic Payment | 20-21563 | January 30, 2023 | January 31, 2023 | 12940756 | $1,791.00 | Complete |
| January 10, 2023 | Automatic Payment | 20-21563 | January 17, 2023 | January 18, 2023 | 12855368 | $1,791.00 | Complete |
| December 27, 2022 | Automatic Payment | 20-21563 | January 03, 2023 | January 04, 2023 | 12766844 | $1,791.00 | Complete |
| December 13, 2022 | Automatic Payment | 20-21563 | December 19, 2022 | December 20, 2022 | 12685711 | $1,791.00 | Complete |
| November 29, 2022 | Automatic Payment | 20-21563 | December 05, 2022 | December 06, 2022 | 12599310 | $1,791.00 | Complete |
| November 15, 2022 | Automatic Payment | 20-21563 | November 21, 2022 | November 22, 2022 | 12519814 | $1,791.00 | Complete |
| November 01, 2022 | Automatic Payment | 20-21563 | November 07, 2022 | November 08, 2022 | 12435098 | $1,791.00 | Complete |
| October 18, 2022 | Automatic Payment | 20-21563 | October 24, 2022 | October 25, 2022 | 12350430 | $1,791.00 | Complete |
| October 04, 2022 | Automatic Payment | 20-21563 | October 11, 2022 | October 12, 2022 | 12271935 | $1,791.00 | Complete |
| September 20, 2022 | Automatic Payment | 20-21563 | September 26, 2022 | September 27, 2022 | 12179842 | $1,791.00 | Complete |
| September 06, 2022 | Automatic Payment | 20-21563 | September 12, 2022 | September 13, 2022 | 12101474 | $1,791.00 | Complete |
| August 23, 2022 | Automatic Payment | 20-21563 | August 29, 2022 | August 30, 2022 | 12013889 | $1,791.00 | Complete |
| August 09, 2022 | Automatic Payment | 20-21563 | August 15, 2022 | August 16, 2022 | 11931585 | $1,791.00 | Complete |
| July 26, 2022 | Automatic Payment | 20-21563 | August 01, 2022 | August 02, 2022 | 11844733 | $1,791.00 | Complete |
| July 12, 2022 | Automatic Payment | 20-21563 | July 18, 2022 | July 19, 2022 | 11761785 | $1,791.00 | Complete |
| June 28, 2022 | Automatic Payment | 20-21563 | July 05, 2022 | July 06, 2022 | 11675053 | $1,791.00 | Complete |
| June 14, 2022 | Automatic Payment | 20-21563 | June 21, 2022 | June 22, 2022 | 11591085 | $1,791.00 | Complete |
| May 31, 2022 | Automatic Payment | 20-21563 | June 06, 2022 | June 07, 2022 | 11505577 | $1,791.00 | Complete |
| May 17, 2022 | Automatic Payment | 20-21563 | May 23, 2022 | May 24, 2022 | 11427408 | $1,791.00 | Complete |
| May 03, 2022 | Automatic Payment | 20-21563 | May 09, 2022 | May 10, 2022 | 11343417 | $1,791.00 | Complete |
| April 19, 2022 | Automatic Payment | 20-21563 | April 25, 2022 | April 26, 2022 | 11251822 | $1,791.00 | Complete |
| April 05, 2022 | Automatic Payment | 20-21563 | April 11, 2022 | April 12, 2022 | 11173573 | $1,791.00 | Complete |
| March 22, 2022 | Automatic Payment | 20-21563 | March 28, 2022 | March 29, 2022 | 11082252 | $1,791.00 | Complete |

| Date Started | Description | Case Number | Date Cleared | Date Arrived | Transaction ID | Amount | Status |
|---|---|---|---|---|---|---|---|
| March 08, 2022 | Automatic Payment | 20-21563 | March 14, 2022 | March 15, 2022 | 10997482 | $1,791.00 | Complete |
| February 22, 2022 | Automatic Payment | 20-21563 | February 28, 2022 | March 01, 2022 | 10899004 | $1,791.00 | Complete |
| February 08, 2022 | Automatic Payment | 20-21563 | February 14, 2022 | February 15, 2022 | 10813578 | $1,791.00 | Complete |
| January 25, 2022 | Automatic Payment | 20-21563 | January 31, 2022 | February 01, 2022 | 10725002 | $1,791.00 | Complete |
| January 11, 2022 | Automatic Payment | 20-21563 | January 18, 2022 | January 19, 2022 | 10640621 | $1,791.00 | Complete |
| December 28, 2021 | Automatic Payment | 20-21563 | January 03, 2022 | January 04, 2022 | 10553187 | $1,791.00 | Complete |
| December 14, 2021 | Automatic Payment | 20-21563 | December 20, 2021 | December 21, 2021 | 10471417 | $1,791.00 | Complete |
| November 30, 2021 | Automatic Payment | 20-21563 | December 06, 2021 | December 07, 2021 | 10383905 | $1,791.00 | Complete |
| November 16, 2021 | Automatic Payment | 20-21563 | November 22, 2021 | November 23, 2021 | 10303000 | $1,791.00 | Complete |
| November 02, 2021 | Automatic Payment | 20-21563 | November 08, 2021 | November 09, 2021 | 10221189 | $1,791.00 | Complete |
| October 19, 2021 | Automatic Payment | 20-21563 | October 25, 2021 | October 26, 2021 | 10132728 | $1,791.00 | Complete |
| October 05, 2021 | Automatic Payment | 20-21563 | October 12, 2021 | October 13, 2021 | 10056388 | $1,791.00 | Complete |
| September 21, 2021 | Automatic Payment | 20-21563 | September 27, 2021 | September 28, 2021 | 9962930 | $1,791.00 | Complete |
| September 07, 2021 | Automatic Payment | 20-21563 | September 13, 2021 | September 14, 2021 | 9878962 | $1,791.00 | Complete |
| August 24, 2021 | Automatic Payment | 20-21563 | August 30, 2021 | August 31, 2021 | 9792727 | $1,791.00 | Complete |
| August 10, 2021 | Automatic Payment | 20-21563 | August 16, 2021 | August 17, 2021 | 9707798 | $1,791.00 | Complete |
| July 27, 2021 | Automatic Payment | 20-21563 | August 02, 2021 | August 03, 2021 | 9619862 | $1,791.00 | Complete |
| July 13, 2021 | Automatic Payment | 20-21563 | July 19, 2021 | July 20, 2021 | 9531672 | $1,791.00 | Complete |
| June 29, 2021 | Automatic Payment | 20-21563 | July 06, 2021 | July 07, 2021 | 9445608 | $1,791.00 | Complete |
| June 15, 2021 | Automatic Payment | 20-21563 | June 21, 2021 | June 22, 2021 | 9360086 | $1,791.00 | Complete |
| June 01, 2021 | Automatic Payment | 20-21563 | June 07, 2021 | June 08, 2021 | 9278894 | $1,791.00 | Complete |
| May 18, 2021 | Automatic Payment | 20-21563 | May 24, 2021 | May 25, 2021 | 9191951 | $1,791.00 | Complete |
| May 04, 2021 | Automatic Payment | 20-21563 | May 10, 2021 | May 11, 2021 | 9109726 | $1,791.00 | Complete |
| April 20, 2021 | Automatic Payment | 20-21563 | April 26, 2021 | April 27, 2021 | 9014806 | $1,791.00 | Complete |
| April 06, 2021 | Automatic Payment | 20-21563 | April 12, 2021 | April 13, 2021 | 8934506 | $1,791.00 | Complete |
| March 23, 2021 | Automatic Payment | 20-21563 | March 29, 2021 | March 30, 2021 | 8844124 | $1,791.00 | Complete |
| March 09, 2021 | Automatic Payment | 20-21563 | March 15, 2021 | March 16, 2021 | 8751108 | $1,791.00 | Complete |
| February 23, 2021 | Automatic Payment | 20-21563 | March 01, 2021 | March 02, 2021 | 8652440 | $1,791.00 | Complete |
| February 09, 2021 | Automatic Payment | 20-21563 | February 16, 2021 | February 17, 2021 | 8568966 | $1,791.00 | Complete |
| January 26, 2021 | Automatic Payment | 20-21563 | February 01, 2021 | February 02, 2021 | 8481849 | $1,791.00 | Complete |
| January 12, 2021 | Automatic Payment | 20-21563 | January 19, 2021 | January 20, 2021 | 8396732 | $1,791.00 | Complete |
| December 29, 2020 | Automatic Payment | 20-21563 | January 05, 2021 | January 06, 2021 | 8309413 | $1,791.00 | Complete |
| December 15, 2020 | Automatic Payment | 20-21563 | December 21, 2020 | December 22, 2020 | 8230062 | $1,791.00 | Complete |
| December 01, 2020 | Automatic Payment | 20-21563 | December 07, 2020 | December 08, 2020 | 8152594 | $1,791.00 | Complete |
| November 17, 2020 | Automatic Payment | 20-21563 | November 23, 2020 | November 24, 2020 | 8067996 | $1,791.00 | Complete |
| November 03, 2020 | Automatic Payment | 20-21563 | November 09, 2020 | November 10, 2020 | 7990130 | $1,791.00 | Complete |
| October 20, 2020 | Automatic Payment | 20-21563 | October 26, 2020 | October 27, 2020 | 7902083 | $1,791.00 | Complete |
| October 06, 2020 | Automatic Payment | 20-21563 | October 13, 2020 | October 14, 2020 | 7823329 | $1,791.00 | Complete |
| September 22, 2020 | Automatic Payment | 20-21563 | September 28, 2020 | September 29, 2020 | 7734361 | $1,791.00 | Complete |
| September 08, 2020 | Automatic Payment | 20-21563 | September 14, 2020 | September 15, 2020 | 7652101 | $1,947.70 | Complete |
| August 25, 2020 | Automatic Payment | 20-21563 | August 31, 2020 | September 01, 2020 | 7569032 | $1,947.70 | Complete |
| August 11, 2020 | Automatic Payment | 20-21563 | August 17, 2020 | August 18, 2020 | 7487255 | $1,947.70 | Complete |
| July 28, 2020 | Automatic Payment | 20-21563 | August 03, 2020 | August 04, 2020 | 7403902 | $1,947.70 | Complete |
| July 14, 2020 | Automatic Payment | 20-21563 | July 20, 2020 | July 21, 2020 | 7321517 | $1,947.70 | Complete |
| June 30, 2020 | Automatic Payment | 20-21563 | July 06, 2020 | July 07, 2020 | 7239651 | $1,947.70 | Complete |
| June 16, 2020 | Automatic Payment | 20-21563 | June 22, 2020 | June 23, 2020 | 7160914 | $1,947.70 | Complete |