**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 20-21563-JAD** |
| **Ryan S. Kadlecik** | ) | **Chapter 13** |
| **Cheri L. Kadlecik** | ) | **Doc No.** |
|    **Debtors** | ) | **Related to Doc No.** |
| **Ronda J. Winnecour, Chapter 13 Trustee** | ) | |
|    **Movant** | ) | **Hearing: 6/18/2025 at 10:00 a.m.** |
| **vs** | ) | |
| **Ryan S. Kadlecik** | ) | |
| **Cheri L. Kadlecik** | ) | |
|    **Respondents** | ) | |

**CERTIFICATE OF SERVICE OF**
**DEBTOR'S RESPONSE TO THE TRUSTEE'S**
**MOTION TO DISMISS CASE, EXHIBIT AND PROPOSED ORDER**

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **May 30, 2025**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** --
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com
c. Denise Carlon on behalf of Creditor **MidFirst Bank**
dcarlon@kmllawgroup.com
d. Keri P. Ebeck on behalf of Creditor **Duquesne Light Company**
kebeck@bernsteinlaw.com,
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com
e. Jeffrey R. Hunt on behalf of Creditor **County of Allegheny**
jhunt@grblaw.com
f. Jeffrey R. Hunt on behalf of Creditor **Kennedy Township**
jhunt@grblaw.com
g. John R. O'Keefe, Jr. on behalf of Creditor **Clearview Federal Credit Union**
jokeefe@metzlewis.com, mmattheis@metzlewis.com

**2.) Service by First Class Mail--**
**a. All parties on the attached mailing matrix.**

Date: **May 29, 2025**                                        **/s/ Bryan P. Keenan**
                                                                            Bryan P. Keenan, PA ID No. 89053
                                                                            Bryan P. Keenan & Associates P.C.
                                                                            Attorney for Debtor
                                                                            993 Greentree Road, Suite 201
                                                                            Pittsburgh, PA 15220
                                                                            (412) 922-5116
                                                                            keenan662@gmail.com