IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Ryan S. Kadlecik<br>Cheri L. Kadlecik<br>    Debtor(s)<br>Ronda J. Winnecour, Chapter 13 Trustee<br>    Movant(s)<br>    vs.<br>Ryan S. Kadlecik<br>Cheri L. Kadlecik<br>    Respondent(s) | Case No. 20-21563-JAD<br>Chapter 13<br><br>Related to Docs. #91 and 99 |

### WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on May 21, 2025 (document #91) is hereby WITHDRAWN.  The hearing scheduled for June 18, 2025 is cancelled.

Respectfully submitted,

6/11/2025

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED.

6/11/2025    _____ sjk
Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
6/11/25 8:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21563-JAD |
| Ryan S. Kadlecik | Chapter 13 |
| Cheri L. Kadlecik | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Jun 11, 2025      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ryan S. Kadlecik, Cheri L. Kadlecik, 4001 Oak Point Circle, Mc Kees Rocks, PA 15136-1584 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan P. Keenan | on behalf of Joint Debtor Cheri L. Kadlecik keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Bryan P. Keenan | on behalf of Debtor Ryan S. Kadlecik keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Denise Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Kennedy Township jhunt@grblaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jun 11, 2025 | Form ID: pdf900 | Total Noticed: 1 |

John R. O'Keefe, Jr.
    on behalf of Creditor Clearview Federal Credit Union jokeefe@metzlewis.com  mmattheis@metzlewis.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9