**Fill in this information to identify the case:**

Debtor 1   Ryan S. Kadlecik

Debtor 2   Cheri L. Kadlecik
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of PA

Case number   20-21563 JAD

# Form 4100R

## Response to Notice of Final Cure Payment                          10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:**   MIDFIRST BANK                **Court claim no.** (if known):   10

**Last 4 digits** of any number you use to identify the debtor's account:   5066
**Property address:**
   4001 Oak Point Circle
   Mc Kees Rocks, PA 15136

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   08 / 01 / 2025

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.  Total postpetition ongoing payments due:                            (a)   $ _____
b.  Total fees, charges, expenses, escrow, and costs outstanding:     + (b)   $ _____
c.  **Total.** Add lines a and b.                                       (c)   $ _____

Creditor asserts that the debtor(s) are contractually obligated for
the postpetition payment(s) that first became due on:

Document ID: 000d3d247987f7d1167394f6b70dd8353ad5c752be5f3860fc3bffcba16a3251

| Debtor(s) | Ryan S. Kadlecik and Cheri L. Kadlecik | Case Number *(if known)*: 20-21563 JAD |
|---|---|---|
| | First Name    Middle Name    Last Name | |

# Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

# Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Matthew Fissel*    Date    07/16/2025
Matthew Fissel
16 Jul 2025, 16:40:56, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cheri L. Kadlecik<br>Ryan S. Kadlecik<br>                     Debtor(s)<br><br>**MIDFIRST BANK**<br>                     Movant<br>vs.<br><br>**Cheri L. Kadlecik**<br>**Ryan S. Kadlecik**<br>                     Debtor(s)<br><br>**Ronda J. Winnecour**,<br>                     Trustee | BK NO. 20-21563 JAD<br><br>Chapter 13<br><br>Related to Claim No. 10 |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>July 18, 2025</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Cheri L. Kadlecik
4001 Oak Point Circle
Mc Kees Rocks, PA 15136

Ryan S. Kadlecik
4001 Oak Point Circle
Mc Kees Rocks, PA 15136

<u>Attorney for Debtor(s) (via ECF)</u>
Bryan P. Keenan, Esq.
993 Greentree Road
Suite 101
Pittsburgh, PA 15220

<u>Trustee (via ECF)</u>
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first-class mail

Dated: <u>July 18, 2025</u>

                                                        <u>**/s/ Matthew Fissel**</u>
                                                        Matthew Fissel
                                                        Attorney I.D. 314567
                                                        KML Law Group, P.C.
                                                        BNY Mellon Independence Center
                                                        701 Market Street, Suite 5000
                                                        Philadelphia, PA 19106
                                                        215-627-1322
                                                        mfissel@kmllawgroup.com