**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Ryan S. Kadlecik**
**Cheri L. Kadlecik**
  Debtor(s)

Bankruptcy Case No.: 20−21563−JAD
Related to Doc. #105
Chapter: 13
Docket No.: 106 − 105

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

  **AND NOW,** this The 25th of July, 2025, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 9/22/25.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **9/30/25 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **9/22/25.**

                                                <u>Jeffery A. Deller</u>
                                                United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21563-JAD |
| Ryan S. Kadlecik | Chapter 13 |
| Cheri L. Kadlecik | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 25, 2025 | Form ID: 408 | Total Noticed: 57 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ryan S. Kadlecik, Cheri L. Kadlecik, 4001 Oak Point Circle, Mc Kees Rocks, PA 15136-1584 |
| 15243222 | + | Clearview Credit Union, Attn:Bankruptcy, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 15243221 | + | Clearview Credit Union, Attn:Bankruptcy, c/o Robert L. Ritter, Director, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 15243223 | | Clearview Federal Credit Line, 1453 Beers School, Coraopolis, PA 15108 |
| 15243224 | | Clearview Federal Credit Union, Attn: Bankruptcy, 1453 Beers School Road, Coraopolis, PA 15108 |
| 16502376 | + | Clearview Federal Credit Union, c/o John R. O'Keefe, Jr., Esquire, Metz Lewis Brodman Must O'Keefe LLC, 444 Liberty Avenue, Suite 2100, Pittsburgh, PA 15222-1222 |
| 15243231 | + | Kennedy Township, Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15243233 | + | Memory Keepers Inc., 4001 Oak Point Circle, Mc Kees Rocks, PA 15136-1584 |
| 15243235 | + | Montour SD, c/o Weiss Burkardt Kramer, LLC, 445 Fort Pitt Blvd., Suite 503, Pittsburgh, PA 15219-1308 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Jul 25 2025 23:53:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 25 2025 23:53:00 | Caliber Home Loans, Inc., Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jul 25 2025 23:53:00 | County of Allegheny, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jul 25 2025 23:53:00 | Kennedy Township, 437 Grant Street, 14th Floor, Frick Building, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2025 23:56:23 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 25 2025 23:56:18 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15243214 | ^ | MEBN | Jul 25 2025 23:49:36 | Allegheny County, c/o Jordan Tax Service, 102 Rahway Dr, Canonsburg, PA 15317-3349 |
| 15243215 | + | Email/PDF: bncnotices@becket-lee.com | Jul 25 2025 23:56:31 | American Express National Bank, 4315 South 2700 We, Salt Lake City, UT 84184-0001 |
| 15245544 | + | Email/Text: bkfilings@zwickerpc.com | Jul 25 2025 23:53:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 15243216 | + | Email/PDF: bncnotices@becket-lee.com | Jul 25 2025 23:56:18 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15243217 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jul 25 2025 23:53:00 | Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 15243218 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2025 23:56:15 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15245531 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2025 23:56:17 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15257148 | | Email/PDF: bncnotices@becket-lee.com | Jul 25 2025 23:56:27 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15243219 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 25 2025 23:56:31 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15268052 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2025 23:56:32 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15243220 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2025 23:56:26 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15265937 | + | Email/Text: bankruptcy@clearviewfcu.org | Jul 25 2025 23:53:00 | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-4212 |
| 15243225 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2025 23:53:00 | Comenity Bank/Abarcrormbie, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15243226 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2025 23:53:00 | Comenity Bank/Buckle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15243227 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2025 23:53:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 15274593 | + | Email/Text: ebnjts@grblaw.com | Jul 25 2025 23:53:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15243228 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2025 23:56:33 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15265331 | | Email/Text: bnc-quantum@quantum3group.com | Jul 25 2025 23:53:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15245134 | | Email/Text: mrdiscen@discover.com | Jul 25 2025 23:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15243229 | + | Email/Text: mrdiscen@discover.com | Jul 25 2025 23:53:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15268863 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 25 2025 23:53:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15243230 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 25 2025 23:56:26 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15252251 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 25 2025 23:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15274594 | + | Email/Text: ebnjts@grblaw.com | Jul 25 2025 23:53:00 | Kennedy Township, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15243232 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2025 23:56:31 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |

Case 20-21563-JAD    Doc 107    Filed 07/27/25    Entered 07/28/25 00:28:10    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 25, 2025 | Form ID: 408 | Total Noticed: 57 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15604031 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2025 23:56:18 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15278122 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 25 2025 23:56:18 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15243236 | + | Email/Text: bnc@nordstrom.com | Jul 25 2025 23:53:32 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 15259979 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2025 23:56:24 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15270180 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 25 2025 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15266928 | | Email/Text: bnc-quantum@quantum3group.com | Jul 25 2025 23:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15243237 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2025 23:56:31 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15243238 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2025 23:56:31 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15243239 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 26 2025 00:14:28 | Syncb/walmart, Attn: Bankruptcy Dept, PO Box 960098, Orlando, FL 32896-0098 |
| 15243384 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 25 2025 23:56:32 | Synchrony Bank, by AIS InfoSource as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15243240 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2025 23:56:24 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po B 965064, Orkando, FL 32896-5064 |
| 15243241 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2025 23:56:13 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15243242 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2025 23:56:32 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15243243 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2025 23:56:23 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15266905 | | Email/PDF: ebn_ais@aisinfo.com | Jul 25 2025 23:56:18 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15243244 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2025 23:56:15 | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |
| 15243245 | + | Email/Text: bkfilings@zwickerpc.com | Jul 25 2025 23:53:00 | Zwicker & Associates, c/o Michael R. Lipinski, Esquire, 3220 Tillman Drive Suite 215, Bensalem, PA 19020-2028 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Clearview Federal Credit Union, c/o Metz Lewis Brodman Must O'Keefe LLC, 535 Smithfield Street, Suite 800, Pittsburgh |
| cr | | MidFirst Bank |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15265171 | *+ | Synchrony Bank, by AIS InfoSource as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15243234 | ##+ | Metz Lewis Bordman Must O'Keefe LLC, 535 Smithfield Street, Suite 800, Pittsburgh, PA 15222-2305 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jul 25, 2025 | Form ID: 408 | Total Noticed: 57 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2025           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2025 at the address(es) listed below:**

**Name**           **Email Address**

Bryan P. Keenan
    on behalf of Debtor Ryan S. Kadlecik keenan662@gmail.com
    melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Bryan P. Keenan
    on behalf of Joint Debtor Cheri L. Kadlecik keenan662@gmail.com
    melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Denise Carlon
    on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com

Jeffrey R. Hunt
    on behalf of Creditor Kennedy Township jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

John R. O'Keefe, Jr.
    on behalf of Creditor Clearview Federal Credit Union jokeefe@metzlewis.com  mmattheis@metzlewis.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Matthew Fissel
    on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 10