**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RYAN S. KADLECIK<br>CHERI L. KADLECIK<br>       Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>       Movant<br>       vs.<br>No Respondents. | Case No.:20-21563 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 25, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/18/2020 and confirmed on 7/9/20. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 234,506.90 |
| Less Refunds to Debtor | 3.47 | |
| TOTAL AMOUNT OF PLAN FUND | | 234,503.43 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 7,444.42 | |
|    Trustee Fee | 12,128.47 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 19,572.89 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| MIDFIRST BANK SSB* | 0.00 | 141,242.48 | 0.00 | 141,242.48 |
|   Acct: 5066 | | | | |
| CLEARVIEW FCU** | 0.00 | 49,448.13 | 0.00 | 49,448.13 |
|   Acct: 0001 | | | | |
| MIDFIRST BANK SSB* | 5,368.13 | 5,368.13 | 0.00 | 5,368.13 |
|   Acct: 5066 | | | | |
| CLEARVIEW FCU** | 4,012.76 | 4,012.76 | 0.00 | 4,012.76 |
|   Acct: 0001 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 1,406.22 | 1,406.22 | 490.82 | 1,897.04 |
|   Acct: C234 | | | | |
| KENNEDY TOWNSHIP (RE) | 455.87 | 455.87 | 132.18 | 588.05 |
|   Acct: C234 | | | | |
| MONTOUR SD (KENNEDY TWP) (RE) | 5,340.63 | 5,340.63 | 1,538.18 | 6,878.81 |
|   Acct: C234 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 475.62 | 475.62 | 0.00 | 475.62 |
|   Acct: C234 | | | | |
| MONTOUR SD (KENNEDY TWP) (RE) | 1,974.75 | 1,974.75 | 0.00 | 1,974.75 |
|   Acct: C234 | | | | |
| KENNEDY TOWNSHIP (SEWAGE) | 600.70 | 600.70 | 174.17 | 774.87 |
|   Acct: 54A1 | | | | |
| KENNEDY TOWNSHIP (SEWAGE) | 54.32 | 54.32 | 0.00 | 54.32 |
|   Acct: 54A1 | | | | |
| KENNEDY TOWNSHIP (SEWAGE) | 208.62 | 208.62 | 61.29 | 269.91 |
|   Acct: C234 | | | | |
| KENNEDY TOWNSHIP (SEWAGE) | 27.26 | 27.26 | 0.00 | 27.26 |
|   Acct: C234 | | | | |
| KENNEDY TOWNSHIP (RE) | 76.72 | 76.72 | 0.00 | 76.72 |
|   Acct: C234 | | | | |
| CLEARVIEW FCU** | 429.03 | 429.03 | 221.66 | 650.69 |
|   Acct: 0000 | | | | |
| CLEARVIEW FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3945 | | | | |
| | | | | 213,739.54 |

**Priority**

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Priority | | | | | |
| | BRYAN P KEENAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RYAN S. KADLECIK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RYAN S. KADLECIK | 3.47 | 3.47 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRYAN P KEENAN & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRYAN P KEENAN ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRYAN P KEENAN & ASSOCIATES PC | 4,444.42 | 4,444.42 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXXXX7-24 | | | | |
| | BRYAN P KEENAN & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PA DEPARTMENT OF REVENUE* | 366.00 | 366.00 | 0.00 | 366.00 |
| | Acct: 2743 | | | | |
| | MIDFIRST BANK SSB* | 825.00 | 825.00 | 0.00 | 825.00 |
| | Acct: 5066 | | | | |
| | | | | | 1,191.00 |
| Unsecured | | | | | |
| | CLEARVIEW FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0000 | | | | |
| | AMERICAN EXPRESS NATIONAL BANK-AI | 7,209.30 | 0.00 | 0.00 | 0.00 |
| | Acct: 1003 | | | | |
| | AMERICAN EXPRESS NATIONAL BANK-AI | 5,410.35 | 0.00 | 0.00 | 0.00 |
| | Acct: 1003 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 577.21 | 0.00 | 0.00 | 0.00 |
| | Acct: 8694 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 761.30 | 0.00 | 0.00 | 0.00 |
| | Acct: 5301 | | | | |
| | JPMORGAN CHASE BANK NA S/B/M/T CH | 2,949.53 | 0.00 | 0.00 | 0.00 |
| | Acct: 1499 | | | | |
| | CITIBANK NA** | 734.78 | 0.00 | 0.00 | 0.00 |
| | Acct: 5752 | | | | |
| | CLEARVIEW FCU** | 2,709.67 | 0.00 | 0.00 | 0.00 |
| | Acct: 3945 | | | | |
| | CLEARVIEW FCU** | 4,341.14 | 0.00 | 0.00 | 0.00 |
| | Acct: 0102 | | | | |
| | CLEARVIEW FCU** | 23,159.11 | 0.00 | 0.00 | 0.00 |
| | Acct: 3945 | | | | |
| | CLEARVIEW FCU** | 7,455.87 | 0.00 | 0.00 | 0.00 |
| | Acct: 0011 | | | | |
| | CLEARVIEW FCU** | 23,194.11 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENI | 453.38 | 0.00 | 0.00 | 0.00 |
| | Acct: 6904 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENI | 568.32 | 0.00 | 0.00 | 0.00 |
| | Acct: 7251 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENI | 660.45 | 0.00 | 0.00 | 0.00 |
| | Acct: 7958 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 2,864.89 | 0.00 | 0.00 | 0.00 |
| | Acct: 4407 | | | | |
| | DISCOVER BANK(*) | 7,127.76 | 0.00 | 0.00 | 0.00 |
| | Acct: 2098 | | | | |
| | DISCOVER BANK(*) | 3,190.49 | 0.00 | 0.00 | 0.00 |
| | Acct: 8397 | | | | |
| | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9745 | | | | |
| | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 7077 | | | | |
| | CAPITAL ONE NA** | 1,467.31 | 0.00 | 0.00 | 0.00 |
| | Acct: 6462 | | | | |
| | NORDSTROM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7378 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 697.21 | 0.00 | 0.00 | 0.00 |
| | Acct: 6472 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 989.21 | 0.00 | 0.00 | 0.00 |
| | Acct: 9972 | | | | |
| | CAPITAL ONE NA BY AMERICAN INFOSOU | 1,565.78 | 0.00 | 0.00 | 0.00 |
| | Acct: 2979 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 109.64 | 0.00 | 0.00 | 0.00 |
| | Acct: 5072 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 300.67 | 0.00 | 0.00 | 0.00 |
| | Acct: 2338 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 165.81 | 0.00 | 0.00 | 0.00 |
| | Acct: 7142 | | | | |
| | LVNV FUNDING LLC | 1,291.71 | 0.00 | 0.00 | 0.00 |
| | Acct: 3865 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 717.93 | 0.00 | 0.00 | 0.00 |
| | Acct: 2639 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LL | 638.80 | 0.00 | 0.00 | 0.00 |
| | Acct: 7644 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE A: | 971.46 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 263.96 | 0.00 | 0.00 | 0.00 |
| | Acct: 1745 | | | | |
| | PA DEPARTMENT OF REVENUE* | 46.92 | 0.00 | 0.00 | 0.00 |
| | Acct: 2743 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5072 | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AMERICAN EXPRESS NATIONAL BANK-AI | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | METZ LEWIS ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MEMORY KEEPERS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | METZ LEWIS ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KENNEDY TOWNSHIP (SEWAGE) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                    214,930.54

```
TOTAL CLAIMED
   PRIORITY         1,191.00
   SECURED         20,430.63
   UNSECURED      102,594.07
```

Date: 07/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RYAN S. KADLECIK
CHERI L. KADLECIK
     Debtor(s)

Ronda J. Winnecour
     Movant
  vs.
No Repondents.

Case No.:20-21563 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21563-JAD |
| Ryan S. Kadlecik | Chapter 13 |
| Cheri L. Kadlecik | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 25, 2025 | Form ID: pdf900 | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ryan S. Kadlecik, Cheri L. Kadlecik, 4001 Oak Point Circle, Mc Kees Rocks, PA 15136-1584 |
| 15243222 | + | Clearview Credit Union, Attn:Bankruptcy, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 15243221 | + | Clearview Credit Union, Attn:Bankruptcy, c/o Robert L. Ritter, Director, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 15243223 | | Clearview Federal Credit Line, 1453 Beers School, Coraopolis, PA 15108 |
| 15243224 | | Clearview Federal Credit Union, Attn: Bankruptcy, 1453 Beers School Road, Coraopolis, PA 15108 |
| 16502376 | + | Clearview Federal Credit Union, c/o John R. O'Keefe, Jr., Esquire, Metz Lewis Brodman Must O'Keefe LLC, 444 Liberty Avenue, Suite 2100, Pittsburgh, PA 15222-1222 |
| 15243231 | + | Kennedy Township, Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15243233 | + | Memory Keepers Inc., 4001 Oak Point Circle, Mc Kees Rocks, PA 15136-1584 |
| 15243235 | + | Montour SD, c/o Weiss Burkardt Kramer, LLC, 445 Fort Pitt Blvd., Suite 503, Pittsburgh, PA 15219-1308 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Jul 25 2025 23:53:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 25 2025 23:53:00 | Caliber Home Loans, Inc., Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jul 25 2025 23:53:00 | County of Allegheny, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jul 25 2025 23:53:00 | Kennedy Township, 437 Grant Street, 14th Floor, Frick Building, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2025 23:56:32 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 25 2025 23:56:24 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15243214 | ^ | MEBN | Jul 25 2025 23:49:37 | Allegheny County, c/o Jordan Tax Service, 102 Rahway Dr, Canonsburg, PA 15317-3349 |
| 15243215 | + | Email/PDF: bncnotices@becket-lee.com | Jul 25 2025 23:56:27 | American Express National Bank, 4315 South 2700 We, Salt Lake City, UT 84184-0001 |
| 15245544 | + | Email/Text: bkfilings@zwickerpc.com | Jul 25 2025 23:53:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents |

| Recipient # | | Delivery method | Date/time | Recipient info |
|---|---|---|---|---|
| | | | | for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 15243216 | + | Email/PDF: bncnotices@becket-lee.com | Jul 25 2025 23:56:31 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15243217 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jul 25 2025 23:53:00 | Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 15243218 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2025 23:56:26 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15245531 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2025 23:56:24 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15257148 | | Email/PDF: bncnotices@becket-lee.com | Jul 25 2025 23:56:26 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15243219 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 25 2025 23:56:25 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15268052 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2025 23:56:26 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15243220 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2025 23:56:26 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15265937 | + | Email/Text: bankruptcy@clearviewfcu.org | Jul 25 2025 23:53:00 | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-4212 |
| 15243225 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2025 23:53:00 | Comenity Bank/Abarcrormbie, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15243226 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2025 23:53:00 | Comenity Bank/Buckle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15243227 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 25 2025 23:53:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 15274593 | + | Email/Text: ebnjts@grblaw.com | Jul 25 2025 23:53:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15243228 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 25 2025 23:56:18 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15265331 | | Email/Text: bnc-quantum@quantum3group.com | Jul 25 2025 23:53:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15245134 | | Email/Text: mrdiscen@discover.com | Jul 25 2025 23:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15243229 | + | Email/Text: mrdiscen@discover.com | Jul 25 2025 23:53:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15268863 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 25 2025 23:53:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15243230 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 25 2025 23:56:17 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15252251 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 25 2025 23:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15274594 | + | Email/Text: ebnjts@grblaw.com | Jul 25 2025 23:53:00 | Kennedy Township, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15243232 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2025 23:56:24 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |

Case 20-21563-JAD   Doc 108   Filed 07/27/25   Entered 07/28/25 00:28:10   Desc
Imaged Certificate of Notice   Page 9 of 10

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 25, 2025 | Form ID: pdf900 | Total Noticed: 57 |

| 15604031 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2025 23:56:26 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15278122 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 25 2025 23:56:32 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15243236 | + | Email/Text: bnc@nordstrom.com | Jul 25 2025 23:53:32 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 15259979 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 25 2025 23:56:27 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15270180 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 25 2025 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15266928 | | Email/Text: bnc-quantum@quantum3group.com | Jul 25 2025 23:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15243237 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2025 23:56:18 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15243238 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2025 23:56:24 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15243239 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2025 23:56:15 | Syncb/walmart, Attn: Bankruptcy Dept, PO Box 960098, Orlando, FL 32896-0098 |
| 15243384 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 25 2025 23:56:18 | Synchrony Bank, by AIS InfoSource as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15243240 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2025 23:56:23 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po B 965064, Orkando, FL 32896-5064 |
| 15243241 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2025 23:56:18 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15243242 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2025 23:56:32 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15243243 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 25 2025 23:56:24 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15266905 | | Email/PDF: ebn_ais@aisinfo.com | Jul 25 2025 23:56:17 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15243244 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 25 2025 23:56:24 | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |
| 15243245 | + | Email/Text: bkfilings@zwickerpc.com | Jul 25 2025 23:53:00 | Zwicker & Associates, c/o Michael R. Lipinski, Esquire, 3220 Tillman Drive Suite 215, Bensalem, PA 19020-2028 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Clearview Federal Credit Union, c/o Metz Lewis Brodman Must O'Keefe LLC, 535 Smithfield Street, Suite 800, Pittsburgh |
| cr | | MidFirst Bank |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15265171 | *+ | Synchrony Bank, by AIS InfoSource as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15243234 | ##+ | Metz Lewis Bordman Must O'Keefe LLC, 535 Smithfield Street, Suite 800, Pittsburgh, PA 15222-2305 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bryan P. Keenan | on behalf of Debtor Ryan S. Kadlecik keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Bryan P. Keenan | on behalf of Joint Debtor Cheri L. Kadlecik keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Denise Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Kennedy Township jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| John R. O'Keefe, Jr. | on behalf of Creditor Clearview Federal Credit Union jokeefe@metzlewis.com mmattheis@metzlewis.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Matthew Fissel | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10