DEFAULT O/E JAD

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RYAN S. KADLECIK
CHERI L. KADLECIK
      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:20-21563 JAD

Chapter 13

Related to Doc No.: 105

## ORDER OF COURT

AND NOW, this ___24th___ day of __September__, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ sjk
U.S. BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
9/24/25 3:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-21563-JAD
Ryan S. Kadlecik  Chapter 13
Cheri L. Kadlecik
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Sep 24, 2025      Form ID: pdf900      Total Noticed: 57

The following symbols are used throughout this certificate:
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ryan S. Kadlecik, Cheri L. Kadlecik, 4001 Oak Point Circle, Mc Kees Rocks, PA 15136-1584 |
| 15243222 | + | Clearview Credit Union, Attn:Bankruptcy, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 15243221 | + | Clearview Credit Union, Attn:Bankruptcy, c/o Robert L. Ritter, Director, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 15243223 | | Clearview Federal Credit Line, 1453 Beers School, Coraopolis, PA 15108 |
| 15243224 | | Clearview Federal Credit Union, Attn: Bankruptcy, 1453 Beers School Road, Coraopolis, PA 15108 |
| 16502376 | + | Clearview Federal Credit Union, c/o John R. O'Keefe, Jr., Esquire, Metz Lewis Brodman Must O'Keefe LLC, 444 Liberty Avenue, Suite 2100, Pittsburgh, PA 15222-1222 |
| 15243231 | + | Kennedy Township, Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15243233 | + | Memory Keepers Inc., 4001 Oak Point Circle, Mc Kees Rocks, PA 15136-1584 |
| 15243235 | + | Montour SD, c/o Weiss Burkardt Kramer, LLC, 445 Fort Pitt Blvd., Suite 503, Pittsburgh, PA 15219-1308 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Sep 25 2025 00:10:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 25 2025 00:09:00 | Caliber Home Loans, Inc., Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: ebnjts@grblaw.com | Sep 25 2025 00:09:00 | County of Allegheny, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Sep 25 2025 00:09:00 | Kennedy Township, 437 Grant Street, 14th Floor, Frick Building, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 25 2025 00:23:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 25 2025 00:23:17 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15243214 | ^ | MEBN | Sep 25 2025 00:02:54 | Allegheny County, c/o Jordan Tax Service, 102 Rahway Dr, Canonsburg, PA 15317-3349 |
| 15243215 | + | Email/PDF: bncnotices@becket-lee.com | Sep 25 2025 01:08:40 | American Express National Bank, 4315 South 2700 We, Salt Lake City, UT 84184-0001 |
| 15245544 | + | Email/Text: bkfilings@zwickerpc.com | Sep 25 2025 00:10:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 15243216 | + | Email/PDF: bncnotices@becket-lee.com | Sep 25 2025 01:08:40 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15243217 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Sep 25 2025 00:10:00 | Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 15243218 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 25 2025 00:35:01 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15245531 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 25 2025 00:23:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15257148 | | Email/PDF: bncnotices@becket-lee.com | Sep 25 2025 00:22:53 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15243219 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 25 2025 00:22:46 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15268052 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 25 2025 00:23:11 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15243220 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 25 2025 00:23:16 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15265937 | + | Email/Text: bankruptcy@clearviewfcu.org | Sep 25 2025 00:09:00 | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-4212 |
| 15243225 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 25 2025 00:09:00 | Comenity Bank/Abarcrormbie, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15243226 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 25 2025 00:09:00 | Comenity Bank/Buckle, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15243227 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 25 2025 00:09:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 15274593 | + | Email/Text: ebnjts@grblaw.com | Sep 25 2025 00:09:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15243228 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 25 2025 00:23:01 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15265331 | | Email/Text: bnc-quantum@quantum3group.com | Sep 25 2025 00:09:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15245134 | | Email/Text: mrdiscen@discover.com | Sep 25 2025 00:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15243229 | + | Email/Text: mrdiscen@discover.com | Sep 25 2025 00:09:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15268863 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 25 2025 00:10:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15243230 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 25 2025 00:33:43 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15252251 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 25 2025 00:09:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15274594 | + | Email/Text: ebnjts@grblaw.com | Sep 25 2025 00:09:00 | Kennedy Township, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15243232 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 25 2025 00:23:03 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 24, 2025 | Form ID: pdf900 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| 15604031 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2025 00:22:46 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15278122 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 25 2025 00:23:12 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 15243236 | + | Email/Text: bnc@nordstrom.com | Sep 25 2025 00:09:10 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 15259979 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 25 2025 00:23:11 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15270180 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 25 2025 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15266928 | | Email/Text: bnc-quantum@quantum3group.com | Sep 25 2025 00:09:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15243237 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2025 00:22:46 | Syncb Bank/American Eagle, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15243238 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2025 00:22:47 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15243239 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2025 00:23:11 | Syncb/walmart, Attn: Bankruptcy Dept, PO Box 960098, Orlando, FL 32896-0098 |
| 15243384 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 25 2025 00:22:47 | Synchrony Bank, by AIS InfoSource as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15243240 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2025 00:23:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po B 965064, Orkando, FL 32896-5064 |
| 15243241 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2025 00:23:12 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15243242 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2025 00:22:53 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15243243 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2025 00:34:08 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15266905 | | Email/PDF: ebn_ais@aisinfo.com | Sep 25 2025 00:23:03 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15243244 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 25 2025 00:23:09 | World's Foremost Bank, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |
| 15243245 | + | Email/Text: bkfilings@zwickerpc.com | Sep 25 2025 00:10:00 | Zwicker & Associates, c/o Michael R. Lipinski, Esquire, 3220 Tillman Drive Suite 215, Bensalem, PA 19020-2028 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Clearview Federal Credit Union, c/o Metz Lewis Brodman Must O'Keefe LLC, 535 Smithfield Street, Suite 800, Pittsburgh |
| cr | | MidFirst Bank |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15265171 | *+ | Synchrony Bank, by AIS InfoSource as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15243234 | ##+ | Metz Lewis Bordman Must O'Keefe LLC, 535 Smithfield Street, Suite 800, Pittsburgh, PA 15222-2305 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 24, 2025 | Form ID: pdf900 | Total Noticed: 57 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2025              Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bryan P. Keenan | on behalf of Debtor Ryan S. Kadlecik keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Bryan P. Keenan | on behalf of Joint Debtor Cheri L. Kadlecik keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Denise Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Kennedy Township jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| John R. O'Keefe, Jr. | on behalf of Creditor Clearview Federal Credit Union jokeefe@metzlewis.com mmattheis@metzlewis.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Matthew Fissel | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10